AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Plasterers' Local Union No. 96 Pension Plan,
Cherie Pleasant and James Miller, Trustees, on
behalf of the Plasterers' Local Union No. 96
Pension

**SUMMONS IN A CIVIL CASE**

V.

Samuel Scholar

Case: 1:07-cv-01044
Assigned To : Roberts, Richard W.
Assign. Date : 6/8/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Samuel Scholar
308 Hillwood Avenue, Suite 300
Falls Church, Virginia 22046-2916

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan G. Rose
Katten Muchin Rosenman
1025 East Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 0 8 2007
CLERK                                       DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Plasterers' Local Union No. 96 Pension Plan, et al.

vs.

Sam Scholar

No. 1:07-CV-01044

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:00 pm on June 21, 2007, I served Sam Scholar at 308 Hillwood Avenue, Suite 300, Falls Church, Virginia 22046-2916 by serving Sam Scholar, personally. Described herein:

```
  SEX-    MALE
  AGE-    52
HEIGHT-   5'9"
  HAIR-   WHITE/GRAY
WEIGHT-   240
  RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6/22/07
              Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189887