## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN, <br><br> and <br><br> CHERIE PLEASANT AND JAMES MILLER, TRUSTEES, ON BEHALF OF THE PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN, <br><br>                Plaintiffs, <br><br> v. <br><br> SAMUEL SCHOLAR, <br><br>                Defendant. | Civil Case No.: 1:07cv01044-RWR |

### AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

I, George O. Peterson, am a member in good standing of the bar of this Court. My bar number is 478050. I am moving the admission of L. Lee Byrd ("Mr. Byrd") to appear *pro hac vice* in this case as counsel for Defendant Samuel Scholar.

Pursuant to LCvR 83.2, and the accompanying, separate declaration of Mr. Byrd, I certify that:

1.    Mr. Byrd is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | 1988 |
| U. S. Court of Appeals | 1988 |
| U.S.D.C. E.D. Va. | 1989 |

2.    Mr. Byrd practices law in the Commonwealth of Virginia at:

Sands Anderson Marks & Miller, P.C.
WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P. O. Box 1998
Richmond, Virginia  23218-1998
804-648-1636 (telephone)
804-783-7291 (facsimile)
lbyrd@sandsanderson.com (e-mail)

3.    Mr. Byrd does not have an application for admission pending to the District of

Columbia Bar or this Court.

4.    During the two years immediately preceding this motion, Mr. Byrd has not been

admitted *pro hac vice* in this Court.

5.    Mr. Byrd has never been disciplined, disbarred, suspended, or denied admission

to practice law in any jurisdiction.

6.    Mr. Byrd is familiar with the Code of Professional Responsibility, the Federal

Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of

Appellate Procedure and the Local Rules of this Court, and understands he shall be subject of the

disciplinary jurisdiction of this Court.

7.    Mr. Byrd understands admission *pro hac vice* is for this case only and does not

constitute formal admission to the bar of this Court.

8.    The undersigned movant is also a member of the bar of this Court in good

standing, and will serve as co-counsel in these proceedings.

9.    The completed Electronic Case Files Attorney Registration for Mr. Byrd is

enclosed.

Dated: July 24, 2007

Respectfully submitted,

SANDS ANDERSON MARKS & MILLER
A Professional Corporation


George O. Peterson /s/
_____
George O. Peterson, Esq.     D.C. Bar No. 478050

1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
703-893-3600
703-893-8484 (facsimile)


L. Lee Byrd /s/
_____
L. Lee Byrd, Esq.

WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P. O. Box 1998
Richmond, Virginia  23218-1998
804-648-1636 (telephone)
804-783-7291 (facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July, 2007, a true and correct copy of the

foregoing Amended Motion for Admission *Pro Hac Vice* was served by the electronic case filing

system:

> Jonathan G. Rose, Esquire
> Mandie Landry, Esquire
> Katten Muchin Rosenman LLP
> 1025 East Thomas Jefferson Street, NW
> East Lobby, Suite 700
> Washington, D.C.  20007

George O. Peterson /s/

_____

George O. Peterson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN, )<br>)<br>)<br>and )<br>)<br>CHERIE PLEASANT AND JAMES MILLER, )<br>TRUSTEES, ON BEHALF OF THE )<br>PLASTERERS' LOCAL UNION NO. 96 )<br>PENSION PLAN, )<br>)<br>          Plaintiffs, )<br>)<br>v. )<br>)<br>SAMUEL SCHOLAR, )<br>)<br>          Defendant. ) | Civil Case No.: 1:07cv01044-RWR |

**DECLARATION IN SUPPORT OF MOTION PRO HAC VICE**
**PURSUANT TO LCvR 83.2**

    I, L. Lee Byrd, make the following declaration under oath pursuant to LCvR83.2(d) in support of the motion to appear *pro hac vice* in this case as counsel for Defendant Samuel Scholar.

    I certify as follows:

    1.    I am a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | 1988 |
| U. S. Court of Appeals | 1988 |
| U.S.D.C. E.D. Va. | 1989 |

2.    I practice law in the Commonwealth of Virginia at:

Sands Anderson Marks & Miller, P.C.
WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P. O. Box 1998
Richmond, Virginia 23218-1998
804-648-1636 (telephone)
804-783-7291 (facsimile)
lbyrd@sandsanderson.com (e-mail)

3.    I am not a member of the District of Columbia Bar, nor do I have an application for admission pending to the District of Columbia Bar or this Court.

4.    During the two years immediately preceding this motion, I have **not** been admitted *pro hac vice* in this Court.

5.    I have never been disciplined, disbarred, suspended, or denied admission to practice law in any jurisdiction.

6.    I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

7.    I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

L. Lee Byrd
_____
L. Lee Byrd

On this 24th day of July, 2007, L. Lee Byrd, did appear before me and swear under oath that the foregoing is true and correct.



Notary Public: Veronica D. WEST
My commission expires: 08-31-08
Commission ID: 223 141

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number:   1:07cv01044

First Name/Middle Initial/Last Name   L.        Lee Byrd

Last four digits of Social Security Number   6335

DC Bar ID#:   (PRO HAC VICE)

Firm Name   Sands Anderson Marks & Miller, P.C.

Firm Address   801 East Main Street, Suite 1800
Richmond, VA  23219

Voice Phone Number   804-648-1636

FAX Phone Number   804-783-7291

Internet E-Mail Address   lbyrd@sandsanderson.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  This system is for use only in cases permitted by the ***U.S. District Court for the District of Columbia.*** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.    An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance.    An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case.    The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.    Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled.  **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively,  you may be required to appear in person to receive your new password.**

5.    Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:        U.S. District Court for the District of Columbia
                                    Attn:   Attorney Admissions
                                    333 Constitution Avenue NW, Room 1825
                                    Washington, DC  20001

Or FAX to:                          Peggy Trainum
                                    U.S. District Court for the District of Columbia
                                    (202) 354-3067

Applicant's Signature    ___L. Lee Byrd_____

| Byrd | L | 6335 |
| --- | --- | --- |
| Full Last Name | Initial of First Name | Last 4 Digits SS# |