IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,<br><br>and<br><br>CHERIE PLEASANT AND JAMES MILLER, TRUSTEES, ON BEHALF OF THE PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,<br><br>       Plaintiffs,<br><br>v.<br><br>SAMUEL SCHOLAR,<br><br>       Defendant. | Civil Case No.: 1:07cv01044-RWR |

### DEFENDANT SAMUEL SCHOLAR'S INITIAL DISCLOSURES

COMES NOW, Defendant Samuel Scholar, by counsel, and files his Fed. Civ. R. P. Rule 26(a)(1) initial disclosures and states as follows:

  A.  **Subsection (a)(1)(A): Persons Likely to Have Discoverable Information.**

  1.  Mr. Edgar Pepper, Trustee of the Plasterers Local Union No. 96 Pension Plan ("Plan") (regarding Board of Trustees meetings and other activities during his time as a Trustee). Mr. Pepper resides at 24670 Yacht Club Road, Saint Michael's, Maryland 21663.

  2.  Mr. James S. Lertora, Former Trustee of the Plan (regarding Board of Trustees meetings and other activities during his time as a Trustee). Mr. Lertora resides at 1701 Maydale Drive, Silver Spring, Maryland 20905.

  3.  Mr. Donald A. Molnar, Former Trustee of the Plan (regarding Board of Trustees meetings and other activities during his time as a Trustee). Mr. Molnar resides at 118 Canal Street, Grasonville, Maryland 21638.

  4.  Mr. Ronald Beddow, Former Trustee of the Plan (regarding Board of Trustees meetings and other activities during his time as a Trustee). Mr. Beddow resides at 2715 Fairview Drive, Berkeley Springs, West Virginia 25411.

5.  Harold Perry, Former Plan Administrator of the Plan (regarding Board of Trustees meetings and other activities during his time as Plan Administrator). Current address unknown.

6.  Lee Wagner, Secretary to Harold Perry. Current address unknown.

7.  There may be additional individuals with knowledge of Board of Trustees meetings and other activities during the relevant period. No such individuals are known to the Trustees at this time.

8.  Jonathan G. Rose, Counsel for the Plan (regarding the Plan's knowledge of certain alleged breach of fiduciary duties by the Former Trustees and statements purportedly made by Defendant Scholar and the Former Trustees). Mr. Rose's office is located at Katten Muchin Rosenman LLP, 1025 East Thomas Jefferson Street, NW, East Lobby, Suite 700, Washington, D.C. 20007.

9.  All individuals listed by Plaintiffs on their Rule 26(a)(1) Disclosures.

**B.    Subsection (a)(1)(B): Documents**

Defendant Scholar has provided the Plaintiffs with copies of all non-privileged documents in his possession, custody and/or control related to this action by electronic mailing.

**C.    Subsection (a)(1)(C): Computation of Damages**

Defendant Scholar is not making a claim for damages, but reserves the right to seek attorneys' fees, litigation expenses and court costs in defending this matter.

**D.    Subsection (a)(1)(D): Insurance Agreement**

Defendant Scholar has provided the Plaintiffs with a redacted copy of his insurance agreement.

Dated: August 24, 2007                Respectfully submitted,

                                      SANDS ANDERSON MARKS & MILLER,
                                      A Professional Corporation

                                      /s/ George O. Peterson

                                      George O. Peterson, Esquire
                                      D.C. Bar No. 478050
                                      1497 Chain Bridge Road, Suite 202
                                      McLean, Virginia 22101

703-893-3600 (telephone)
703-893-8484 (facsimile)
gpeterson@sandsanderson.com
*Counsel for Defendant Sam Scholar*

Douglas P. Rucker, Jr., Esquire (admitted pro hac vice)
Virginia State Bar No. 12776
drucker@sandsanderson.com
L. Lee Byrd, Esquire (admitted pro hac vice)
lbyrd@sandsanderson.com
Virginia State Bar No. 28662
WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P. O. Box 1998
Richmond, Virginia  23218-1998
(804) 648-1636 (telephone)
(804) 783-7291(facsimile)
*Counsel for Defendant Sam Scholar*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of August, 2007, a true copy of the foregoing was served by electronic transmission through the Electronic Case Filing ("ECF") system to:

        Jonathan G. Rose, Esquire
        Mandie Landry, Esquire
        Katten Muchin Rosenman LLP
        1025 East Thomas Jefferson Street, NW
        East Lobby, Suite 700
        Washington, D.C.  20007


        /s/ George O. Peterson