**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,** *et al.,* | ) ) ) ) | |
| **Plaintiffs,** | ) ) | C.A. No. 1:07-CV-01044-RWR |
| **v.** | ) ) | |
| **SAMUEL SCHOLAR, et al.,** | ) ) | |
| **Defendant.** | ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Jonathan G. Rose, attorney for Plasterers Local 96

Pension Fund (the "Fund" or "Plaintiffs"), has changed firms effective August 31, 2007.  Mr.

Rose 's new contact information is as follows:

Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C.  20005
(202) 772-5390

September 7, 2007                                    Respectfully submitted,


                                                     /s/ Jonathan G. Rose
                                                     Jonathan G. Rose (MD Bar No. 15138)
                                                     Sheppard Mullin Richter & Hampton LLP
                                                     1300 I Street, N.W., 11th Floor East
                                                     Washington, DC  20005
                                                     (202) 772-5390 Phone
                                                     (202) 218-0020 Fax
                                                     jrose@sheppardmullin.com

                                                     *Attorney for Plaintiffs*

W02-EAST:9OJB1\200039642.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, a copy of the foregoing Notice of Change of Address was electronically filed and service was made upon all counsel of record via the Court's ECF system on the following counsel of record:

George O. Petersen, Esq.
Lloyd Lee Byrd, Esq.
Sands Anderson Marks & Miller
1497 Chain Bridge Road Suite 202
McLean, VA 22101


/s/ Jonathan G. Rose
Jonathan G. Rose