**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,**<br><br>**and**<br><br>**CHERIE PLEASANT AND JAMES MILLER, TRUSTEES, ON BEHALF OF THE PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SAMUEL SCHOLAR,**<br><br>**Defendant.** | ) | **Civil Case No.: 1:07cv01044-RWR** |

**JOINT MOTION TO STAY PROCEEDINGS**

COME NOW, Plaintiffs Plasterers' Local Union No. 96 Pension Plan (the "Plan"), Cherie Pleasant ("Ms. Pleasant"), and James Miller ("Mr. Miller") (collectively as "Plaintiffs") and Defendant Sam Scholar ("Mr. Scholar"), by their respective counsel, and file this Joint Motion to Stay Proceedings for the reasons set forth in the accompanying Memorandum of Law.

December 20, 2007

Respectfully submitted,

Jonathan G. Rose /s/

Jonathan G. Rose, Esquire (Bar No. 446208)
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, NW, 11th Floor East
Washington, D.C. 20005
202-772-5390
202-312-9410
jrose@sheppardmullin.com
*Counsel for Plaintiffs*

George O. Peterson /s/

______________________________

George O. Peterson, Esq. D.C. Bar No. 478050
Sands Anderson Marks & Miller, P.C.
1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
703-893-3600
703-893-8484 (facsimile)
gpeterson@sandsanderson.com
*Counsel for Defendant Sam Scholar*

L. Lee Byrd /s/

______________________________

L. Lee Byrd, Esq. (admitted *pro hac vice*)
Sands Anderson Marks & Miller, P.C.
WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P. O. Box 1998
Richmond, Virginia 23218-1998
804-648-1636 (telephone)
804-783-7291 (facsimile)
lbyrd@sandsanderson.com
*Counsel for Defendant Sam Scholar*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2007, a true and correct copy of the foregoing Joint Motion to Stay and Memorandum in Support Thereof was served by the electronic case filing system:

Jonathan G. Rose, Esquire
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, NW, 11th Floor East
Washington, D.C. 20005

George O. Peterson /s/

George O. Peterson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,**<br><br>**and**<br><br>**CHERIE PLEASANT AND JAMES MILLER, TRUSTEES, ON BEHALF OF THE PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SAMUEL SCHOLAR,**<br><br>**Defendant.** | **Civil Case No.: 1:07cv01044-RWR** |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY PROCEEDINGS**

COME NOW Plaintiffs Plasterers' Local Union No. 96 Pension Plan (the "Plan"), Cherie Pleasant ("Ms. Pleasant"), and James Miller ("Mr. Miller") (collectively as "Plaintiffs") and Defendant Sam Scholar ("Mr. Scholar"), by their respective counsel, and file this Memorandum of Law in support of the Joint Motion to Stay Proceedings and state as follows:

## I. INTRODUCTION

The parties to this action request a joint stay of this case pending the resolution of a Partial Motion for Summary Judgment in a related matter pending in the United States District Court for Maryland. The parties believe that the resolution of that Partial Motion for Summary Judgment will facilitate a settlement of this action and the action pending in Maryland. Accordingly, the parties to this action request a stay of this matter so that the parties may conserve resources and limit any burden on this Court in addressing pretrial matters.

## II. FACTS

The present action was filed by Plaintiffs Plasterers' Local Union No. 96 Pension Plan (the "Plan"), Cherie Pleasant ("Ms. Pleasant"), and James Miller ("Mr. Miller") (collectively as "Plaintiffs") on June 8, 2007. Plaintiffs' claim against Mr. Scholar is based on legal malpractice related to his representation of the Plan, a benefit plan under the Employee Retirement Income Security Act of 1974 ("ERISA").

Mr. Scholar was previously a defendant in a related case in the United States District Court of Maryland styled Plasterers' Local Union No. 96 Pension Plan, et al. v. Perry, et al., 8:06-cv-00338 (the "Maryland Case"). The other defendants in the Maryland Case are the Plan's former Administrator Harold Perry ("Mr. Perry"), Mr. Perry's assistant Lee P. Wagner[1] ("Ms. Wagner"), and former Trustees Edgar Pepper ("Mr. Pepper"), James S. Lertora ("Mr. Lertora"), Donald A. Molnar ("Mr. Molnar"), and Ronald Beddow ("Mr. Beddow") (collectively as the "Maryland Defendants"). The Plaintiffs' claim against the Maryland Defendants is based upon alleged violations of breach of fiduciary duty under ERISA.

Mr. Scholar was dismissed from the Maryland Case on March 13, 2007 for lack of personal jurisdiction. The Maryland Case proceeded and discovery has closed. The Maryland Defendants filed a Motion for Partial Summary Judgment in the Maryland Case on September 13, 2007. A hearing is scheduled on that matter on February 11, 2008.[2] The Motion for Partial Summary Judgment is related to the statute of limitations for breach of fiduciary duty under ERISA and a resolution in favor of the Maryland Defendants could substantially limit the damages in that matter.

---

1 Ms. Wagner was dismissed from the case by agreement of the Plaintiffs.

2 The Motion for Partial Summary Judgment may be decided at a later time as the Court may wish to consider the matter before ruling.

In the backdrop of the Motion for Partial Summary Judgment, the Plaintiffs, the Maryland Defendants and Mr. Scholar attempted to globally resolve this matter through a settlement conference before United States Magistrate Judge Jillyn K. Schulze for the United States District Court of Maryland on December 5, 2007. Mr. Scholar negotiated in good faith with the Plaintiffs in an effort to reach a global resolution of the matter.[3] The sticking point, however, was the unresolved issue related to the Maryland Defendants' Motion for Partial Summary Judgment.

Both the Plaintiffs and Mr. Scholar believe that until the Maryland Defendants' Motion for Partial Summary Judgment is resolved there is little ability to resolve this matter globally. Plaintiffs and Mr. Scholar, however, are optimistic that a global resolution can be reached among all parties in these related cases once the Motion for Partial Summary Judgment is decided.

Accordingly, the Plaintiffs and Mr. Scholar jointly seek this stay of proceedings until the Motion for Partial Summary Judgment in the Maryland Case is resolved. Such a stay would allow the parties to conserve resources when settlement is likely to occur after a resolution of the Motion for Partial Summary Judgment. In addition, a stay will ease any burden on this Court and conserve judicial resources.

## III. ARGUMENT

This Court has inherent powers to stay a case. Feld Entertainment, Inc. v. A.S.P.C.A., 2007 WL 3285836, *1 (D.D.C. 2007), citing Dellinger v. Mitchell, 442 F.2d 782, 786 (D.C.Cir.1971) ("A court has inherent power to stay proceedings in control of its docket, after balancing the competing interests."). That power is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort

[3] Mr. Scholar takes the position that the resolution of this matter must be among all parties to avoid the risk of being brought back into the Maryland Case based upon a Third-Party Complaint asserted by the Maryland Defendants or another related action.

for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936); see also Hisler v. Gallaudet University, 344 F.Supp.2d 29, 35 (D.D.C.2004)("The trial court has broad discretion to stay all proceedings in an action pending resolution of independent proceedings elsewhere .").

The only limitation on the Court's discretion in staying a case is consideration of the "nature and substantiality of the injustices" to an opposing party that would be harmed. Gordon v. Fed. Deposit Ins. Corp., 427 F.2d 578, 580 (D.C.Cir.1980). There, however, is no claimed injustice by the parties given that the Motion to Stay is jointly made.

The parties believe that the Court should stay this matter pending the resolution of the Motion for Partial Summary Judgment in the Maryland Case. A resolution of that Motion for Partial Summary Judgment should facilitate a global resolution of both cases. To require this case to go forward would likely put the parties in a worse position given the costly nature of proceeding with pretrial discovery and dealing with any incidental motions related to that discovery. This Court would also benefit through a conservation of judicial resources.

**IV. CONCLUSION**

WHEREFORE, for the foregoing reasons, the Plaintiffs and Mr. Scholar jointly move this Court to enter a stay of this case pending a resolution of the Motion for Partial Summary Judgment in the related matter.

December 20, 2007

Respectfully submitted,

Jonathan G. Rose /s/

Jonathan G. Rose, Esquire (Bar No. 446208)
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, NW, 11th Floor East
Washington, D.C. 20005
202-772-5390
202-312-9410
jrose@sheppardmullin.com
*Counsel for Plaintiffs*

George O. Peterson /s/

George O. Peterson, Esq. D.C. Bar No. 478050
Sands Anderson Marks & Miller, P.C.
1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
703-893-3600
703-893-8484 (facsimile)
gpeterson@sandsanderson.com
*Counsel for Defendant Sam Scholar*

L. Lee Byrd /s/

L. Lee Byrd, Esq. (admitted *pro hac vice*)
Sands Anderson Marks & Miller, P.C.
WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P. O. Box 1998
Richmond, Virginia 23218-1998
804-648-1636 (telephone)
804-783-7291 (facsimile)
lbyrd@sandsanderson.com
*Counsel for Defendant Sam Scholar*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2007, a true and correct copy of the foregoing Joint Motion to Stay and Memorandum in Support Thereof was served by the electronic case filing system:

Jonathan G. Rose, Esquire
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, NW, 11th Floor East
Washington, D.C. 20005

George O. Peterson /s/

George O. Peterson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,**

**and**

**CHERIE PLEASANT AND JAMES MILLER, TRUSTEES, ON BEHALF OF THE PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,**

**Plaintiffs,**

**v.**

**SAMUEL SCHOLAR,**

**Defendant.**

**Civil Case No.: 1:07cv01044-RWR**

## ORDER

THIS MATTER came upon the Joint Motion to Stay filed by the parties.

The Court is of the opinion that the Motion should be granted and that this matter should be stayed pending a resolution of the Motion for Partial Summary Judgment in the related case styled Plasterers' Local Union No. 96 Pension Plan, et al. v. Perry, et al., 8:06-cv-00338. Either party may file a Motion with this Court to lift the stay after the resolution of said Motion.

December ____, 2007

______________________________
Richard W. Roberts
United States District Court Judge