IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAM SCHOLAR, <br><br> Defendant. | C.A. No. 1:07-CV-01044-RWR |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated December 11, 2007, Plaintiffs the Plasterers' Local Union No. 96 Pension Plan; Cherie Pleasant, Trustee, on behalf of the Plan; and James Miller, Trustee, on behalf of the Plan; and Defendant Sam Scholar, by and through undersigned counsel, hereby respectfully advise this Court that Plaintiffs' ongoing matter in the District of Maryland is progressing as expected. Discovery in that matter has been completed. Summary judgment briefing is currently underway and a hearing on summary judgment is scheduled for April 18. Both parties believe that this process will eventually lead to a probable settlement in this case.

Respectfully submitted,

_____/s/_____
Jonathan G. Rose (Bar No. 446208)
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC  20005
Telephone: (202) 772-5390
Fax: (202) 312-9410
jrose@sheppardmullin.com
*Counsel for Plaintiffs*

        /s/
George O. Peterson, Esq.   DC Bar No. 478050
Sands Anderson Marks & Miller, P.C.
1497 Chain Bridge Road
Suite 202
McLean, Virginia  22101
703-893-3600
703-893-8484 (facsimile)
gpeterson@sandsanderson.com
*Counsel for Defendant Sam Scholar*

        /s/
L. Lee Byrd, Esq. (admitted *pro hac vice*)
Sands Anderson Marks & Miller, P.C.
WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P.O. Box 1998
Richmond, Virginia  23218-1998
804-648-1636 (telephone)
804-783-7291 (facsimile)
lbyrd@sandsanderson.com
*Counsel for Defendant Sam Scholar*