# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 1:07-CV-01044-RWR |
| v. | ) |
| **SAM SCHOLAR**, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated March 18, 2008, Plaintiffs the Plasterers' Local Union No. 96 Pension Plan (the "Plan"); Cherie Pleasant, Trustee, on behalf of the Plan; and James Miller, Trustee, on behalf of the Plan; and Defendant Sam Scholar, by and through undersigned counsel, hereby respectfully advise this Court that Plaintiffs' ongoing matter in the District of Maryland against the former Plan Trustees and former Plan Administrator is progressing as expected. Specifically, on April 18, the Court heard arguments on cross-motions for summary judgment and the Court has taken the matters under advisement. Both parties believe that the disposition of the District of Maryland case will eventually lead to a probable settlement in this case.

Respectfully submitted,

_____/s/_____
Jonathan G. Rose (Bar No. 446208)
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC  20005
Telephone: (202) 772-5390
Fax: (202) 312-9410
jrose@sheppardmullin.com
*Counsel for Plaintiffs*

        /s/
George O. Peterson, Esq.   DC Bar No. 478050
Sands Anderson Marks & Miller, P.C.
1497 Chain Bridge Road
Suite 202
McLean, Virginia  22101
703-893-3600
703-893-8484 (facsimile)
gpeterson@sandsanderson.com
*Counsel for Defendant Sam Scholar*

        /s/
L. Lee Byrd, Esq. (admitted *pro hac vice*)
Sands Anderson Marks & Miller, P.C.
WyteStone Plaza, Suite 1800
801 East Main Street (zip = 23219)
P.O. Box 1998
Richmond, Virginia  23218-1998
804-648-1636 (telephone)
804-783-7291 (facsimile)
lbyrd@sandsanderson.com
*Counsel for Defendant Sam Scholar*